UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Mag. No. 10-3683 (MF) |
| JOSEPH SUAREZ | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by André M. Espinosa, Assistant U.S. Attorney), and defendant Joseph Suarez (by Nick Akerman, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and two continuances having been previously granted by the Court pursuant to Title 18, United States Code, Section 3161(h), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 26 day of May, 2011,

ORDERED that this action be, and it hereby is, continued from May 26, 2011, through August 25, 2011; and it is further

ORDERED that the period from May 26, 2011, through August 25, 2011; shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MARK FALK
United States Magistrate Judge

I hereby consent to the form
and entry of this order

_____
André M. Espinosa
Assistant United States Attorney

_____
Nick Akerman, Esq.
Counsel for Defendant